

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00236-CR

| | | |
|---|---|---|
| Harold Schatz | § | From County Criminal Court No. 10 |
| | § | of Tarrant County (G850947-A2584676) |
| v. | § | August 13, 2015 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel
       Justice Lee Gabriel